Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  18−30530−CMG
                          Chapter:  13
                          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rizwan F. Siddiqui                                   Shamaila R. Siddiqui
   98 Augusta Drive                                      98 Augusta Drive
   Columbus, NJ 08022                               Columbus, NJ 08022

Social Security No.:
   xxx−xx−2293                                           xxx−xx−5569

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on January 17, 2020.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 17, 2020
JAN: bwj

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-30530-CMG
Rizwan F. Siddiqui                                                              Chapter 13
Shamaila R. Siddiqui
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2                Date Rcvd: Jan 17, 2020
                              Form ID: 148               Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db/jdb         +Rizwan F. Siddiqui,    Shamaila R. Siddiqui,    98 Augusta Drive,    Columbus, NJ 08022-2360
cr             +Santander Bank, N.A.,    Gross McGinley, LLP,    c/o Loren L Speziale,   33 South Seventh Street,
                 PO Box 4060,    Allentown, PA 18105-4060
cr             +U.S. Bank National Association, not in its individ,    15480 Laguna Canyon Road,   Suite 100,
                 Irvine, CA 92618-2132
517814922      +Frankel Lambert Weiss Weisman & Gordon,,    80 Main Street, Suite 460,
                 West Orange, NJ 07052-5414
517902710      +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,   Reading, PA 19601-3563
517909682      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
517814924       US Bank National Assoc, as trustee,    c/oRushmore Loan Management Services LLC,
                 75 Irvine Center Drive,    Irvine, CA 92618
517931032      +US Bank National Assoc. trustee for,    RMAC Trust, Series 2016-CTT c/o,
                 Rushmore Loan Management Services,    P.O. Box 55004,   Irvine, CA 92619-5004
517814925      +Westgate Lakes Owners Associateion, Inc.,    c/o Greenspoon Marder Law,
                 Capital Plaza I, Suite 500,    201 East Pine Street,   Orlando, FL 32801-2729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2020 00:24:52     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2020 00:24:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517837460       EDI: HNDA.COM Jan 18 2020 04:58:00    American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088
517814921      +EDI: CAPITALONE.COM Jan 18 2020 04:58:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
517818688      +EDI: RMSC.COM Jan 18 2020 04:58:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517814923       EDI: TFSR.COM Jan 18 2020 04:53:00    Toyota Financial Services,    Attn: Bankruptcy,
                 Po Box 8026,   Cedar Rapids, IA 52409
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517909683*     +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,
               jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
               Management Services dnj@pbslaw.org
              Scott E. Kaplan    on behalf of Joint Debtor Shamaila R. Siddiqui scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jan 17, 2020
                              Form ID: 148               Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Scott E. Kaplan   on behalf of Debtor Rizwan F. Siddiqui scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                          TOTAL: 9